UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO.    3:06CV484

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **JUDGMENT OF FORFEITURE** |
| ONE PERSONAL COMPUTER WITH | ) | |
| WESTERN DIGITAL HARD DRIVE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

BASED on the verified complaint and it appearing of record that the person from whom the defendant property was seized has (1) consented to the entry of a judgment of forfeiture, (2) consented that all further proceedings for the forfeiture may be conducted by the Magistrate Judge, (3) waived further notice of such proceedings, and (4) stipulated to probable cause for forfeiture,

IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED that the defendant property is hereby forfeited to the plaintiff, United States of America, and the United States is hereby directed to dispose of the forfeited defendant property as provided by law.


Signed: December 7, 2006


David C. Keesler
United States Magistrate Judge